# Bartle et al., Administrators, Appellants, *v.* John H. Shook Home of Aged.

*Trusts and trustees—Sale of real estate—Administrator d. b. n. c. t. a.—Proper person to make sale.*

The substituted trustee and not the administrator d. b. n. c. t. a. is the proper person to make a sale of the real estate as directed by the will, where the testator created an express trust and devised

the estate to the person named as executor and trustee to hold, manage, sell and dispose of the same and the executor had performed his functions as executor and filed his account as trustee and was discharged and the court appointed a trustee in his place.

Gehr v. McDowell, 206 Pa. 100, followed.

Argued May 25, 1920.  Appeal, No. 46, Jan. T., 1921, by plaintiffs, from judgment of C. P. Franklin Co., April T., 1920, No. 2, for defendant, in case of G. H. Bartle and J. R. Ruthrauff, administrators d. b. n. c. t. a. of estate of John Lortz, deceased, v. John H. Shook Home of Aged.  Before BROWN, C. J. MOSCHZISKER, FRAZER, WALLING, SIMPSON and KEPHART, JJ.  Affirmed.

Amicable action in assumpsit on case-stated to determine right of plaintiffs, administrators d. b. n. c. t. a., to convey real estate.  Before GILLAN, P. J.

The court entered judgment for defendant.  Plaintiffs appealed.

*Error assigned* was above judgment, quoting it.

*M. W. Jacobs,* with him *W. O. Nicklas* and *J. R. Ruthrauff,* for appellants.

*Charles Walter,* with him *William J. Patton* and *Arthur W. Gillan,* for appellee.

OPINION BY MR. JUSTICE WALLING, June 26, 1920:

This is an appeal by the administrators d. b. n. c. t. a. of the estate of John Lortz, deceased, from the judgment of the court below holding that they were without authority to make sale of the real estate of said deceased, and involves the same questions as the case of Strite, Trustee, v. Wolf, filed herewith.

For reasons there given the judgment is affirmed.